IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| THOMAS WHITAKER, #999522, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 9:12CV61 |
| OLIVER J. BELL, ET AL | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Plaintiff's Motion for Certification of a Class (docket entry #3) has been presented for consideration. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's Motion for Certification of a Class (docket entry #3) is hereby **DENIED**.

So **ORDERED** and **SIGNED** on January  31 , 2013.

_Ron Clark_
_____
Ron Clark
United States District Judge